IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00898-LTB

NIKOS WARRENCE,

      Plaintiff,

v.

BARACK HUSSEIN OBAMA II, US PRESIDENT,
US JUSTICE DEPARTMENT, AS AN ENTITY AND ALL INDIVIDUAL MEMBERS
      DIRECTED POLICY AND GREEN-LIGHTING NAZI BOOK-BURNING, FELONY
      INTIMIDATION WITH THE THREAT OF VIOLENCE AND DEATH, INFINITE
      FASCIST ACTIONS ON THE PART OF ANY GOVERNMENT OFFICIAL (ERIC
      HOLDER LISTED SEPARATELY IN ATTACHED),
US SUPREME COURT AS AN ENTITY (MEMBERS FOLLOWS, ALL SENT VIA USPS
      NOTIFICATION,
JOHN G. ROBERTS,
SONIA SOTMAYOR,
STEPHEN J. BREYER,
SAMUEL A. ALITO,
ELENA KAGAN,
CLARENCE THOMAS,
ANTONIN SCOLIA,
ANTHONY KENNEDY,
RUTH BADER GINSBURG,
CHIEF TENTH CIRCUIT COURT OF APPEALS JUDGE MARY BRISCOE, and
81 ADDITIONAL NAZI BOOK-BURNING FELONS,

      Defendants.

---

JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on June 20, 2014, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 20th day of June, 2014.

                  FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/K Lyons
     Deputy Clerk